NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH L. STRICKLAND,                )
                                     )
          Appellant,                 )
                                     )
v.                                   )     Case No. 2D17-3618
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____      )

Opinion filed August 31, 2018.

Appeal from the Circuit Court for Sarasota
County; Charles E. Roberts, Judge.

Joseph L. Strickland, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.